IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE CISNEROS,

        Plaintiff,                    No. CIV 2:12-cv-1169-JFM (C)

        vs.

FEDEX FREIGHT, INC.

        Defendant.               <u>ORDER</u>

                              /

        It appears to the court that the above-captioned case has been settled. In accordance with the provisions of Local Rule 160, the court now orders that the dispositional documents be filed on or before October 13, 2012.

        All previously set dates in this matter, including the September 20, 2012 pretrial scheduling conference, are hereby vacated. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

DATED: September 13, 2012.

                                            UNITED STATES MAGISTRATE JUDGE

/014;cisn1169.1045c

1