IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE CISNEROS,

      Plaintiff,                      No. CIV 2:12-cv-1169-JFM (C)

      vs.

FEDEX FREIGHT, INC.

      Defendant.                  <u>ORDER</u>

_____/

      On October 29, 2012, the parties filed a stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: November 1, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;cisn1169.dism

1